| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) GWIN, JAMES S. | 2. Court or Organization N.D. OHIO | 3. Date of Report 04/23/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE, ACTIVE | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address<br>CARL B. STOKES US COURT HOUSE<br>801 WEST SUPERIOR AVENUE<br>CLEVELAND, OH 44113 | | |
| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. At retirem | STATE OF OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM AND OHIO STATE TEACHERS RETIREMENT SYSTEM. RIGHT TO RETIREMENT BENEFITS |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 04/23/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Monthly | INTERNATIONAL BUSINESS MACHINES, INC., spouse pension |
| 2. | Monthly | HEIDRICK & STRUGGLES, Inc. salary, bonus, restricted stock |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 04/23/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IBM common stock (IBM) | A | Dividend | K | T | | | | | |
| 2. Berkshire Hathaway common stock (BRKA) | A | Dividend | N | T | | | | | |
| 3. Vanguard Total Stock Market Index Fund, tax deferred | E | Dividend | P1 | T | Buy (add'l) | 01/31/17 | J | | |
| 4. | | | | | Buy (add'l) | 02/28/17 | K | | |
| 5. Heidrick & Struggles Co., common stock, (HSII) | D | Dividend | N | T | | | | | |
| 6. Ohio Deferred Compensation LifePath 2035 | A | Dividend | N | T | | | | | |
| 7. Schwab Money Market Fund | B | Dividend | | | Sold | 05/24/17 | N | A | |
| 8. Public Square Partners, LLC | C | Dividend | M | U | | | | | |
| 9. Vanguard Total Intl Stock Index Admiral (VTIAX) | D | Dividend | M | T | Buy | 06/07/17 | M | | |
| 10. Ishares S&P Midcap 400 Growth Index Fund (IJK) | B | Dividend | M | T | | | | | |
| 11. iShares S&P Smallcap 600 Growth Index Fund (IJT) | B | Dividend | M | T | | | | | |
| 12. SPDR S&P MidCap 400 ETF (MDY) | C | Dividend | M | T | | | | | |
| 13. IQ Hedge Multi-Strategy Tracker ETF (QAI) | B | Dividend | N | T | | | | | |
| 14. iShares Core S&P Small-Cap (IJR) | B | Dividend | M | T | | | | | |
| 15. Vanguard REIT Index ETF (VNQ) | C | Dividend | L | T | | | | | |
| 16. iShares Core US Aggregate Bond ETF (AGG) | B | Dividend | M | T | | | | | |
| 17. iShares S&P 500 Growth (IVW) | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares S&P 500 Value (IVE) | D | Dividend | O | T | | | | | |
| 19. SPDR DoubleLine Total Return Tact ETF (TOTL) | A | Dividend | K | T | | | | | |
| 20. Vanguard FTSE Europe ETF (VGK) | E | Dividend | | | Sold | 01/03/17 | O | E | |
| 21. Vanguard FTSE Pacific ETF (VPL) | D | Dividend | M | T | | | | | |
| 22. Vanguard Target Retirement 2030 Inv (VTHRX) | F | Dividend | O | T | | | | | |
| 23. Vanguard Balanced Index Fund Admiral Shares (VBIAX) | D | Dividend | O | T | | | | | |
| 24. Vanguard Prime Money Market Fund (VMMXX) | B | Dividend | | | Sold | 01/01/17 | O | A | |
| 25. Federal Thrift Savings Plan | A | Dividend | O | T | Buy (add'l) | | K | | |
| 26. Cincinnati Ohio Wtr Sys Rev Bond (172311MT6) | A | Int./Div. | K | T | Buy | 11/15/17 | K | | |
| 27. Rocky River Ohio Various Purpose Bonds (774812MG3) | A | Int./Div. | K | T | Buy | 08/14/17 | K | | |
| 28. Kentucky State Property & Bldgs Bonds (49151FWB2) | A | Int./Div. | K | T | Buy | 08/31/17 | K | | |
| 29. Strongsville Ohio City School Bong (863387ME3) | A | Int./Div. | K | T | Buy | 10/30/17 | K | | |
| 30. Lake Orion Mich Community School District Bond (510336QZ6) | A | Int./Div. | K | T | Buy | 08/25/17 | K | | |
| 31. Bethlehem Pennsylvania Government Bonds (0873475M8) | A | Int./Div. | K | T | Buy | 11/09/17 | K | | |
| 32. Tulsa Oklahoma County Industrial Authority Bonds (899518FZ2) | A | Int./Div. | K | T | Buy | 12/05/17 | K | | |
| 33. Brookville, Ohio Local School District Bond (114691FN3) | A | Int./Div. | K | T | Buy | 09/05/17 | K | | |
| 34. Hamilton County Ohio Sewar System Revenue Bonds (407288YM5) | A | Int./Div. | K | T | Buy | 09/21/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Virginia Commonwealth Transportation Board Bond (92778UBR0) | A | Int./Div. | K | T | Buy | 11/22/17 | K | | |
| 36. Lakewood Ohio City School District Bond (512624RC3) | A | Int./Div. | K | T | Buy | 09/28/17 | K | | |
| 37. North Royalton Ohio School District Bond (662055KA9) | A | Int./Div. | K | T | Buy | 08/15/17 | K | | |
| 38. Cincinnati Ohio Various Purpose Bond (172217A35) | A | Int./Div. | K | T | Buy | 12/27/17 | K | | |
| 39. Oshkosh Wisconsin Bond (68825WDY2) | A | Int./Div. | K | T | Buy | 07/06/17 | K | | |
| 40. Sidney Ohio City School District Bonds (826129EK0) | A | Int./Div. | K | T | Buy | 09/14/17 | K | | |
| 41. Fremont Ohio City School District Bonds (357568FW9 | A | Int./Div. | K | T | Buy | 07/27/17 | K | | |
| 42. Metropolitan Transportation Authority Revenue Bonds (59261ANG8) | A | Int./Div. | K | T | Buy | 09/28/17 | K | | |
| 43. Bowling Green State University Ohio Bonds (102885JD3) | A | Int./Div. | K | T | Buy | 08/10/17 | K | | |
| 44. Hurst Bedford Texas Independent School District (447819ET6) | A | Int./Div. | K | T | Buy | 10/12/17 | K | | |
| 45. Miami Beach Florida Water & Sewer Revenue Bond (593241BK7) | A | Int./Div. | K | T | Buy | 12/14/17 | K | | |
| 46. New York State Dormitory Bonds (64990FAT1) | A | Int./Div. | K | T | Buy | 07/13/17 | K | | |
| 47. California State Various Purpose Bonds (13063DAS7) | A | Int./Div. | K | T | Buy | 09/12/17 | K | | |
| 48. Cleveland, Ohio Water Revenue Bonds (186427EP1) | A | Int./Div. | K | T | Buy | 10/03/17 | K | | |
| 49. Ohio State Adult Correctional Bonds (677524CT5) | A | Int./Div. | K | T | Buy | 11/07/17 | K | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 04/23/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding the investment in the Vanguard Fund, this investment is made through an employer 401 plan sponsored at my wife's employer. The yearly statutory maximum is met in the first quarter although we do not know the exact dates of purchase.

Regarding the Federal Thrift Savings Plan Fund, this investment is made through an employer 401 plan sponsored by the U.S. Courts. Maximum monthly allowable deductions of $2,000 were made each month.

Regarding Schwab Money Market Fund (Part VII, 7) this investment is a money market fund to which investments are made relatively frequently and infrequent withdrawls occur. The account is used as a savings type account.

Regarding Vanguard Target Retirement 2010 Fund (VTENX), this fund closed and the balance was transitioned to the Vanguard Balanced Index Fund Admiral Shares (VBIAX). This transfer occurred on December 7, 2016 but was mistakenly not reflected on the 2016 Financial Disclosure form. The 2016 Financial Disclosure Form identified the addition of the Vanguard Balanced Index Fund Admiral Shares (VBIAX) but did not relect that this was a conversion of the Vanguard Targed Retirement 2010 that was closed.

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 04/23/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES S. GWIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544